THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREHIWOT BRUCE,

    Plaintiff,

vs.

MARGARET M. STONE, *et al.*,

    Defendants.

Case No.: 2:19-cv-00127-RAJ

STIPULATION AND ORDER REMANDING CASE TO STATE COURT

## **STIPULATION**

Plaintiff Frehiwot Bruce ("Ms. Bruce") and Defendants American Family Mutual Insurance Company, S.I. ("American Family") and Margaret M. Stone hereby stipulate as follows:

A. On October 11, 2018, Ms. Bruce, a Washington State citizen, commenced this action in King County Superior Court asserting claims against American Family for breach of contract and declaratory relief. *See Dkt. No. 1-2*.

STIPULATION AND ORDER
REMANDING CASE TO STATE COURT - 1
Case No.: 2:19-cv-00127-RAJ

PIVOTAL
LAW GROUP

IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com

B. On December 18, 2018, Ms. Bruce filed her Verified Amended Complaint asserting claims against Defendant Margaret M. Stone, a Washington State citizen. *See Dkt. No. 1-4*.

C. On January 3, 2019, Plaintiff caused to be served a civil summons and complaint, captioned for the Superior Court of the State of Washington for King County, on the Office of the Insurance Commissioner, which served Defendant American Family on January 8, 2019. *Dkt. No. 1-5, Ex. E.*

D. On January 29, 2019, American Family removed the action to this Court. *See Dkt. No. 1*.

E. On January 30, 2019, Ms. Bruce advised American Family that Ms. Bruce intended to file a motion to remand the action to state court.

F. On February 5, 2019, counsel for Ms. Bruce, McKean J. Evans, and counsel for American Family, Jeremy L. Muth, met and conferred via telephone. During that telephone call, counsel for American Family agreed to stipulate to remanding this action to state court.

///

///

///

///

///

STIPULATION AND ORDER
REMANDING CASE TO STATE COURT - 2
Case No.: 2:19-cv-00127-RAJ



IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com

WHEREFORE, the parties hereby stipulate and agree that this action be remanded to state court pursuant to the subjoined order.

AGREED:

Dated this 6th day of February, 2019.

<u>/s/ *McKean J. Evans*</u>
McKean J. Evans, WSBA #52750
**PIVOTAL LAW GROUP, PLLC**
IBM Building, Suite 1217
1200 5th Avenue
Seattle, WA 98101
Tel: (206) 340-2008
Fax: (206) 340-1962
mevans@pivotallawgroup.com
*Counsel for Plaintiff Frehiwot Bruce*

<u>*/s/ Jeremy L. Muth*</u> (via email consent*)*
Jeremy L. Muth, WSBA #52055
**COLE | WATHEN | LEID | HALL, P.C.**
303 Battery Street
Seattle, WA 98121-1419
Tel: (206) 622-0494
Fax: (206) 587-2476
jmuth@cwlhlaw.com
*Counsel for Defendants American Family and Margaret Stone*

STIPULATION AND ORDER
REMANDING CASE TO STATE COURT - 3
Case No.: 2:19-cv-00127-RAJ

PIVOTAL
LAW GROUP

IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Based on the foregoing stipulation of the parties, and the Court otherwise finding |
| 3 | good cause, IT IS HEREBY |
| 4 | ORDERED that the stipulation to remand to state court is GRANTED. The |
| 5 | Clerk of Court shall immediately REMAND this matter to the Superior Court of the |
| 6 | State of Washington for King County. |
| 7 | DATED this 8th day of February, 2019. |

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER
REMANDING CASE TO STATE COURT - 4
Case No.: 2:19-cv-00127-RAJ



PIVOTAL LAW GROUP

IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com